**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jean Frances Ball

Case No: 17–50286 – RJK

Debtor(s)

Chapter 13 Case

**ORDER OF DISMISSAL FOR FAILURE TO TIMELY FILE REQUIRED DOCUMENTS**

The petition commencing this chapter 13 case was filed on 5/2/17. However, certain lists, schedules or statements were not filed with the petition. By order dated 5/2/17, Jean Frances Ball was ordered to file all such papers no later than 5/16/17. The order further provided that if such papers were not filed on or before such date, or such date as the court may fix by order extending the time for such filing, and the court had not entered an order to extend or further extend the time for such filing, an order dismissing Jean Frances Ball would be entered immediately without a hearing and without further notice. The required papers have not been filed. No order extending or further extending the time for such filing has been entered. This order is made accordingly.

IT IS THEREFORE ORDERED that this case is dismissed, and that the clerk shall provide copies of this order as notice to the debtor(s), to the attorney for the debtor(s) if the debtor(s) is represented, and to the trustee, the United States Trustee, and all creditors listed in the matrix filed with the petition commencing this case.

Dated: 5/17/17

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on May 17, 2017
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: debi Deputy Clerk

**mnbfodsm** 06/03/2013